# In the United States District Court for the Southern District Of Georgia Waycross Division

| | | |
|---|---|---|
| DELWIN BERRY, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:15-cv-94 |
| v. | * | |
| FRED GAMMAGE, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's May 24, 2016 Report and Recommendation, to which no objections have been filed. Dkt. No. 5. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, dkt. no. 1, is **DISMISSED**. Additionally, the Court **DENIES** Petitioner leave to appeal *in forma pauperis* and **DENIES** him a certificate of appealability.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 14 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA